IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA          )
                                  )
    Plaintiff,                )
                                  )
    v.                        )          1:99CV00760
                                  )
10.10 ACRES LOCATED ON SQUIRES    )
ROAD IN CHEEKS TOWNSHIP,          )
ORANGE COUNTY, NORTH CAROLINA,    )
WITH ALL APPURTENANCES AND        )
IMPROVEMENTS THEREON;             )
TWO TRACTS CONTAINING 0.734       )
ACRES AND 0.266 ACRES LOCATED     )
AT 3031 SIDNEY ALBRIGHT TRAIL     )
SNOW CAMP, PATTERSON TOWNSHIP,    )
ALAMANCE COUNTY, NORTH            )
CAROLINA, WITH ALL                )
APPURTENANCES AND IMPROVEMENTS    )
THEREON;                          )
1988 OAKWOOD MOBILE HOME,         )
VIN HONC27614CK3219517,           )
                                  )
    Defendants.               )

JUDGMENT

OSTEEN, District Judge

    For the reasons stated in the memorandum opinion filed this
same day,

    IT IS ORDERED that Plaintiff's Motion for Summary Judgment
[35] is GRANTED.

    This the 23rd day of August 2005.

_____
United States District Judge